# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRIS SCHAFFHAUSER**                                                      **PLAINTIFF**

**v.**                       **Case No: 4:12-cv-00599 KGB**

**UNITED PARCEL SERVICE, INC.**                                 **DEFENDANT**

## ORDER

The Court will conduct a hearing by telephone on Wednesday, November 6, 2013, beginning at 9:30 a.m., regarding plaintiff Chris Schaffhauser's deposition of Rodney Barefield. Mr. Barefield's deposition, currently scheduled for Wednesday, November 6, 2013, at 1:30 p.m., will be postponed to a date and time to be set at the hearing.

SO ORDERED this the 5th day of November, 2013.

_____
Kristine G. Baker
United States District Judge