**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHRIS SCHAFFHAUSER**                                                                           **PLAINTIFF**

v.                                  **Case No: 4:12-cv-00599 KGB**

**UNITED PARCEL SERVICE, INC.**                                                          **DEFENDANT**

## ORDER

On Wednesday, November 6, 2013, the Court conducted a hearing by telephone regarding plaintiff Chris Schaffhauser's deposition of third-party Rodney Barefield. Based on that hearing, the Court orders that Mr. Barefield's counsel, Lucien Gillham, may make proper objections and take action, consistent with the Federal Rules of Civil Procedure and controlling case law, during the deposition of his client. If questions or issues arise during the deposition, counsels are directed to contact the Court.

SO ORDERED this the 12th day of November, 2013.

_____
Kristine G. Baker
United States District Judge