IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRIS SCHAFFHAUSER**                                                         **PLAINTIFF**

v.                       **Case No: 4:12-cv-00599 KGB**

**UNITED PARCEL SERVICE, INC.**                                    **DEFENDANT**

## ORDER

The Court will conduct a hearing by telephone today, Friday, December 13, 2013, beginning at 3:00 p.m., regarding plaintiff Chris Schaffhauser's deposition of Stefond Harris.

SO ORDERED this the 13th day of December, 2013.

_____
Kristine G. Baker
United States District Judge