IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRIS SCHAFFHAUSER**                                                                              **PLAINTIFF**

v.                                    **Case No: 4:12-cv-00599 KGB**

**UNITED PARCEL SERVICE, INC.**                                                            **DEFENDANT**

## ORDER

On Friday, December 13, 2013, the Court conducted a hearing by telephone regarding plaintiff Chris Schaffhauser's deposition of Stefond Harris. At that hearing, the Court ordered that the deposition of Mr. Harris shall proceed on Friday, December 20, 2013, beginning at 1:00 p.m. (CST) and that Mr. Schaffhauser shall have up to and including Monday, December 23, 2013, to file his response to defendant's motion for summary judgment. The Court, understanding and appreciating that the deposition transcript will not be available on Monday, December 23, 2013, will allow plaintiff to include in his response matters from the deposition he believes pertinent and then later supplement his response with relevant portions of the transcript of the deposition of Mr. Harris when it is available.

SO ORDERED this the 16th day of December, 2013.

_____
Kristine G. Baker
United States District Judge