# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRIS SCHAFFHAUSER**                                                                                    **PLAINTIFF**

v.                                       **Case No: 4:12-cv-00599 KGB**

**UNITED PARCEL SERVICE, INC.**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order and Opinion that was entered on January 15, 2014, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ORDERED this the 21st day of January, 2014.

_____
Kristine G. Baker
United States District Judge